# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:  KEITH ULRICH                                           CASE NO: 17-32261-DHW
       534 OLD FARM LANE S APT N
       PRATTVILE, AL 36066

       Soc. Sec. No.  XXX-XX-7834
               Debtor.

---

## AMENDED
## INCOME WITHHOLDING ORDER

---

TO:  DFAS
     8899 E 56TH ST BLDG #1
     INDIANAPOLIS, IN 46249


       The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

       ORDERED that  DFAS withhold from the wages, earnings, or other income of this debtor the sum of **$305.00  SEMI-MONTHLY** and remit all such funds withheld to:

> **CHAPTER 13 TRUSTEE**
> **17-32261-DHW KEITH ULRICH**
> **P O BOX 613108**
> **MEMPHIS TN  38101-3108**

       The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

       This Order continues in force and effect until further Order of this court.

       Done Tuesday, September 12, 2017.


cc: Debtor                           */ s / Dwight H. Williams Jr.*
    Debtor's Attorney                  Dwight H. Williams Jr.
                                United States Bankruptcy Judge